UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION
CASE NO.: 16-CR-00428

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TARIQ KHALIL JONES,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Magistrate Judge Moorer's Report and Recommendation on Defendant's Motion for Bill of Particulars (Doc. No. 51) and Renewed Motion for a Bill of Particulars (Doc. No. 84), which was issued on June 7, 2017. The Court has considered Magistrate Judge Moorer's Report, the record, and the relevant legal authorities. The Court finds Magistrate Judge Moorer's Report and Recommendation cogent and compelling. In the Report and Recommendation, Magistrate Judge Moorer recommends that the Defendant's two motions be denied. In support thereof, Magistrate Judge Moorer explains that the bill of particulars is unnecessary because the Government has extensively discussed its theory of the case at several hearings and has assured the Court that it has turned over all discovery in its possession. Therefore, the Defendant has all discovery with regard to the various robberies in this case, including the robberies that form the basis of the Counts challenged in the Defendant's motions. The Defendant has sufficient information to understand the evidence against him, to prepare a defense for trial, and to demonstrate double jeopardy if need be in the future. *United States v. Anderson*, 799 F.2d 1438, 1441 (11th Cir. 1986); *United States v. Rosenthal*, 793 F.2d

1214, 1227 (11th Cir. 1986).

The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation by June 19, 2017, but none were filed. Accordingly, having reviewed the record *de novo*, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge Moorer's Report and Recommendation (Doc. No. 94) is adopted and approved in its entirety. The Defendant's Motion for Bill of Particulars (Doc. No. 51) and Renewed Motion for a Bill of Particulars (Doc. No. 84) are **DENIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, on June 21, 2017.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All Counsel of Record